# SHEEHY, WARE & PAPPAS, P.C.

ATTORNEYS AT LAW

**J. MARK KRESSENBERG**

Direct (713) 951-1036
JKRESSENBERG@SHEEHYWARE.COM

September 26, 2016

Ms. Carla Delpit    *Via E-mail: cdelpit@fittslawfirm.com*
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056

Re: Civil Action No. 4:16-cv-1421; *Richard Braden and Polly Braden v. Safeco Insurance Company of Indiana and Scott David Narrell*; In the United States District Court for the Southern District of Texas, Houston Division.

## RULE 29 AGREEMENT

Dear Ms. Delpit:

Please allow this letter to confirm the agreement we have made in this case to extend the parties' expert designation deadlines.

The parties have agreed that the Plaintiffs shall designate their experts by October 26, 2016. The Defendants shall designate their experts by November 28, 2016.

If you are in agreement with these terms, please sign below where indicated. It is further the intention of the parties that this Agreement be valid and binding pursuant to Rule 29, F.R.C.P. upon execution by both parties.

Sincerely yours,

J. Mark Kressenberg

APPROVED BY: _____
Carla Delpit
*Attorney for Plaintiffs*
2607497_1.docx

HOUSTON OFFICE: 909 Fannin Street, Suite 2500 • Houston, Texas 77010-1008 • (713) 951-1000 • Fax (713) 951-1199
DALLAS OFFICE: 3838 Oak Lawn Avenue, Suite 1450 • Dallas, Texas 75219 • (214) 521-7500
GALVESTON OFFICE: 2200 Market Street, Suite 700 • Galveston, Texas 77550 • (409) 621-1818

www.sheehyware.com