IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD BRADEN § <br> AND POLLY BRADEN § <br> § <br> vs. § <br> § Civil Action No. 4:16-cv-01421 <br> § (JURY) <br> SAFECO INSURANCE COMPANY OF § <br> INDIANA and SCOTT DAVID § <br> NARRELL § | |

## JOINT MOTION FOR AGREED ORDER
## OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Richard Braden and Polly Braden, Plaintiffs herein, and Safeco Insurance Company of Indiana and Scott David Narrell, Defendants herein, filing this Joint Motion for Agreed Order of Dismissal With Prejudice, and in support thereof would show the Court as follows:

I.

The parties have settled all issues and claims between them in this matter and wish to fully and finally dispose of this lawsuit.

II.

Therefore, the parties desire that the Court sign an Agreed Order of Dismissal With Prejudice which will fully and finally dispose of all claims and issues by and between the parties, and accordingly ask the Court to sign the attached "Agreed Order of Dismissal With Prejudice" and present it to the Clerk of Court for entry.

WHEREFORE, PREMISES CONSIDERED, Richard Braden and Polly Braden, Plaintiffs, and Safeco Insurance Company of Indiana and Scott David Narrell, Defendants, pray

this Court grant their Joint Motion for Agreed Order of Dismissal With Prejudice and sign the attached Agreed Order of Dismissal With Prejudice.

       Respectfully submitted,

       **SHEEHY, WARE & PAPPAS, P.C.**

       By: __/s/__ *J. Mark Kressenberg*
        J. Mark Kressenberg, Attorney In Charge
        Fed. Adm. No. 7793
        Texas State Bar No. 11725900
        jkressenberg@sheehyware.com
        Dawn A. Moore
        Fed. Adm. No. 558181
        Texas State Bar No. 24040447
        dmoore@sheehyware.com
        2500 Two Houston Center
        909 Fannin Street
        Houston, Texas 77010-1003
        713-951-1000 Telephone
        713-951-1199 Telecopier

       **ATTORNEYS FOR THE DEFENDANTS SAFECO INSURANCE COMPANY OF INDIANA AND SCOTT DAVID NARRELL**

       and,

FITTS LAW FIRM, PLLC

By: [signature]
Bryant Fitts
Fed. Admin. No. 37350
State Bar No. 24040904
*bfitts@fittslawfirm.com*
Carla R. Delpit
Fed. Admin. No. 2248226
State Bar No. 24082183
*cdelpit@fittslawfirm.com*
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
713-871-1670 – Telephone
713-583-1492 – Facsimile

**ATTORNEYS FOR PLAINTIFFS
RICHARD BRADEN and POLLY BRADEN**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing in accordance with the Federal Rules of Civil Procedure on this the 5 th day of December, 2016, to the following counsel of record:

Bryant Fitts
bfitts@fittslawfirm.com
Carla Delpit
cedlpit@fittslawfirm.com
FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
713.871.1670
713.583.1492 (facsimile)

/s/ *J. Mark Kressenberg*
J. Mark Kressenberg

2636363_1.docx