United States District Court
Southern District of Texas
**ENTERED**
December 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD BRADEN AND POLLY BRADEN<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF INDIANA and SCOTT DAVID NARRELL | § § § § § § § § § §   Civil Action No. 4:16-cv-01421<br>(JURY) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiffs Richard Braden and Polly Braden and Defendants Safeco Insurance Company of Indiana and Scott David Narrell's Joint Motion for Dismissal With Prejudice. Upon consideration of the Motion, and it appearing same is for good cause and that the claims and causes of action herein have been settled by the parties, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**, each party to bear their respective costs.

This Order disposes of all claims and all issues by and between the parties and constitutes a final appealable order.

**SO ORDERED.**

Dated: 12-13-16 , 2016.

_____
Presiding Judge
Gray H. Miller

AGREED TO AS TO FORM AND

SUBSTANCE AND ENTRY REQUESTED:

*[signature]*
Bryant Fitts/Carla R. Delpit
bfitts@fittslawfirm.com/ cdelpit@fittslawfirm.com
Attorney for Plaintiffs Richard Braden and Polly Braden


/s/ J. Mark Kressenberg
J. Mark Kressenberg/ Dawn A. Moore
jkressenberg@sheehyware.com/dmoore@sheehyware.com
Attorneys for Defendants Safeco Insurance Company of Indiana and Scott David Narrell



2636364_1.docx